# IN RE CROSBY STEAM GAGE & VALVE COMPANY.

---

TRADEMARKS; DESCRIPTIVE WORDS.

The words "High-Efficiency" as a trademark for safety relief valves are more descriptive than suggestive, and hence are not registrable.

No. 1135, Patent Appeals    Submitted January 17, 1918.   Decided February 4, 1918.

D. C.]                                    Syllabus.

HEARING on an appeal from a decision of the Commissioner of Patents refusing registration of a trademark.     *Affirmed.*

The facts are stated in the opinion.

*Mr. R. W. Foster* for the appellant.

*Mr. Theodore A. Hostetler* for the Commissioner of Patents.

Mr. Justice ROBB delivered the opinion of the Court:.

This is an appeal from a decision of the Patent Office denying registration of the words "High-Efficiency" as a trademark for safety relief valves.

We agree with the Patent Office that this mark is more descriptive than suggestive, and hence that, under the numerous decisions of this court, it is not subject to exclusive appropriation.

The decision is affirmed.                       *Affirmed.*